IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID MONTOYA, et al.,

Plaintiffs,

vs.  CASE NO. 10-cv-360 JEC/WDS

GERALD SHELDON, et al.,

Defendants.

ORDER ADOPTING JOINT STATUS REPORT
AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference.  Following a review of the parties' Joint Status Report and Provisional Discovery Plan, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE