IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

DAVID MONTOYA and
MICHAEL MONTOYA,

   Plaintiffs,

v.                 No. CIV-10-360 JB/WDS

GERALD SHELDON, an Officer Employed
by the Albuquerque Police Department, a Subsidiary
of the City of Albuquerque, Individually and in his Official Capacity,
ANGELO LOVATO, an Officer Employed
by the Albuquerque Police Department, a Subsidiary
of the City of Albuquerque, Individually and in his Official Capacity,
THE CITY OF ALBUQUERQUE, and
THE ALBUQUERQUE POLICE DEPARTMENT,

   Defendants.

## PLAINTIFFS' FIRST AMENDED EXHIBIT LIST

   COMES NOW, the Plaintiffs by and through Counsel, Timothy M. Padilla and Associates, P.C. (Timothy M. Padilla and Ignacio V. Gallegos) and Gorence & Oliveros, P.C. (Louren Oliveros), and respectfully submit the following list of exhibits which may be used at trial on behalf of the Plaintiffs:

  Exhibit 1  David Baldwin's Medical Note for Michael Montoya

  Exhibit 2  Field Investigator Photographs of Shelden

      a. Front

      b. Left side

      c. Right side

      d. Back

      e. Front – hands raised

Exhibit 3   Field Investigator Photographs of Lovato

    a. Front

    b. Left side

    c. Right side

    d. Back

    d. Front – hands raised

Exhibit 4   Field Investigator Photographs of David Montoya

    a. Front

    b. Left side

    c. Right side

    d. Back - whole body

    e. Front – face and shoulders

    f. Front – face left side

    g. Front – left eye

    h. Back - hands

Exhibit 5   David Montoya Photo

    a. Face

    b. Right arm

    c. Feet

    d. M. Montoya's foot

Exhibit 6   Gerald Shelden (Unit F225) Communication and Dispatch (CAD) printout

Exhibit 7   Angelo Lovato (Unit F226)  CAD printout

| | |
|---|---|
| Exhibit 8 | CAD recording of VAL DP 1300-1515 |
| Exhibit 9 | National Climatic Data Center's Weather History |
| Exhibit 10 | Bernalillo County Metropolitan Court Routing Slip pertaining to this incident for Michael Montoya |
| Exhibit 11 | Bernalillo County Metropolitan Court Routing Slip pertaining to this incident for David Montoya |
| Exhibit 12 | Audio CD (Tracks 1 through 6) of the Internal Affairs Investigation I-104-11 provided by the City of Albuquerque regarding Angelo Lovato and Anna Chavez |
| Exhibit 13 | CD video of the Internal Affairs Investigation I-104011 provided by the City of Albuquerque regarding Angelo and Anna Chavez |
| Exhibit 14 | CD of photographs Internal Affairs Investigation 1-104-11 provided by the City of Albuquerque regarding Angelo Lovato and Anna Chavez |
| Exhibit 15 | Investigative snapshots of the Internal Affairs Investigation I-104-11 provided by the City of Albuquerque regarding Angelo Lovato and Anna Chavez |

Any exhibits used by the Defendants;

Any exhibits identified in discovery; and

Any exhibits necessary for rebuttal or impeachment.

Respectfully submitted,

                                        GORENCE & OLIVEROS, P.C.

                                        */s/ Louren Oliveros 10/04/2012*
                                        Louren Oliveros No. NMSB 14689
                                        Attorneys for Plaintiff
                                        1305 Tijeras Avenue NW
                                        Albuquerque, NM  87102
                                        Telephone:  (505) 244-0214
                                        Facsimile:   (505) 244-0888
                                        E-Mail: oliveros@gopcfirm.com

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been emailed by CM/ECF to the counsel of record on this 4th day of October, 2012.

*/s/ Louren Oliveros 10/04/2012*
Louren Oliveros